UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLINTON THORN,

       Plaintiff,                                        Case No. 1:13-cv-239

v.                                                         HON. JANET T. NEFF

MEDTRONIC SOFAMOR DANEK, USA,
INC., and MEDTRONIC, INC.,

       Defendants.
_____/

## JUDGMENT

      In accordance with the Opinion and Order entered this date:

      **IT IS HEREBY ORDERED** that Plaintiff's Amended Complaint is DISMISSED.


Dated: January 23, 2015                         /s/ Janet T. Neff
                                                        JANET T. NEFF
                                                        United States District Judge